UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/20

GRASS BRANDS LLC,

                            Plaintiff,

            -against-                                    19-CV-6468 (KMW) (DCF)

                                                         **ORDER**

AGENT PROVOCATEUR IP LIMITED,

                            Defendant.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    The Initial Pretrial Conference scheduled for February 12, 2020 is cancelled.   The

parties shall notify the Court of the date of the settlement conference to be scheduled before

Magistrate Judge Freeman.   The parties shall file a status letter with the Court no later than one

week after the conference before Judge Freeman.

    SO ORDERED.

Dated: New York, New York
        February 11, 2020                          _____
                                                         KIMBA M. WOOD
                                                   United States District Judge