USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 7, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GRASS BRANDS LLC,

                         Plaintiff,

-against-

AGENT PROVOCATEUR IP LIMITED,

                         Defendant.

---------------------------------------------------------X

19-CV-6468 (KMW)

**ORDER OF DISMISSAL**

KIMBA M. WOOD, United States District Judge:

      The parties have advised the Court that they have reached a settlement in principle. The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action by May 7, 2020, if the settlement is not consummated. Any pending motions are moot.

      SO ORDERED.

Dated: New York, New York
       April 7, 2020

                                                     /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                             United States District Judge